JOHN M. QUACKENBOS, Respondent, v. WILLIAM H. SAYER and others, Appellants.

Appeal from a judgment in favor of the plaintiff, entered upon the report of a referee.

The action was brought to foreclose a mortgage, in which action defendant interposed the defense of usury. The plaintiff had delivered to the defendant certain railroad bonds as the considera-

tion of the mortgage, and the question was, whether they were loaned to defendant, or whether there was an actual sale of the bonds, and a purchase of the mortgage, by the plaintiff. The referee found the transaction to be a sale, and ordered judgment for the plaintiff. The General Term *held*, that the transaction was a loan, and reversed the judgment.

*Daniel Finn*, for the appellants.

*S. W. Fullerton* and *J. M. Wilkin*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment reversed and new trial ordered, costs to abide the event.